**Sheridan A. GLAZE, Plaintiff–Appellant,**

**v.**

**Rueben Voll GREENE, Attorney; David Lassiter, Jr., Attorney, Defendants–Appellees.**

**No. 11–6478.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 6, 2011.

Sheridan A. Glaze, Appellant Pro Se.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheridan A. Glaze appeals the district court's order denying relief on her complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Glaze v. Greene,* No. 1:11–cv–00286–LO–TRJ (E.D.Va. Mar. 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*